FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LATRISA DENNELL ESPINO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | NO: 1:23-CV-3209-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Remand. ECF No. 14. The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

　　1. The Parties' Stipulated Motion for Remand, ECF No. 14, is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the administrative law judge (ALJ) shall obtain supplemental vocational expert testimony; take any further action needed to complete the administrative record; give the claimant an opportunity for a hearing; and issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** April 30, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2